**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
In The Court of Appeals

Lorgio D. Morales, Petitioner,

v.

State of South Carolina, Respondent.

Appellate Case No. 2019-000072

---

Appeal From Greenville County
Alex Kinlaw, Jr., Circuit Court Judge

---

Unpublished Opinion No. 2023-UP-007
Submitted October 1, 2022 – Filed January 4, 2023

---

**APPEAL DISMISSED**

---

Appellate Defender Joanna Katherine Delany, of Columbia, and Lorgio D. Morales, pro se, both for Petitioner.

Attorney General Alan McCrory Wilson and Assistant Attorney General Taylor Zane Smith, both of Columbia, for Respondent.

---

**PER CURIAM:** This court previously issued an order granting certiorari on the question of whether Petitioner was entitled to a belated direct appeal pursuant to *White v. State*, 263 S.C. 110, 208 S.E.2d 35 (1974), and directing the parties to

serve and file the appendix and briefs as provided by Rule 243(j), SCACR. Subsequently, Petitioner's appellate counsel filed a supplemental appendix and an *Anders*[1] brief that included a petition to be relieved as counsel, and Petitioner filed a pro se *Anders* brief. The State has not objected to any of these filings; therefore, this court (1) grants Petitioner a belated direct appeal of his conviction pursuant to *White*, (2) accepts the *Anders* brief filed by Petitioner's appellate counsel and the pro se *Anders* brief filed by Petitioner, (3) dispenses with further briefing, and (4) will proceed with a review of the direct appeal issues pursuant to *Davis v. State*, 288 S.C. 290, 342 S.E.2d 60 (1986).

After consideration of Petitioner's pro se brief and review pursuant to *Anders*, we dismiss Petitioner's direct appeal and grant counsel's motion to be relieved.

**APPEAL DISMISSED.**[2]

**WILLIAMS, C.J., THOMAS, J., and LOCKEMY, A.J., concur.**

---

[1] *Anders v. California*, 386 U.S. 738 (1967).
[2] We decide this case without oral argument pursuant to Rule 215, SCACR.